IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYWAN D. ADAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 23-149 |
| | ) |
| PENNSYLVANIA CORRECTIONAL | ) |
| INDUSTRIES; DENNIS KAPOLKA, | ) |
| Maintenance Manager; and | ) |
| GAIL ROWE, | ) |
| Nurse Supervisor, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rule 72 of the Local Rules for Magistrate Judges. On August 9, 2023, the Magistrate Judge issued a Report and Recommendation, ECF No. 327, recommending that Defendants' Motion to Dismiss, ECF No. 18, be granted in full, that the Complaint be dismissed with prejudice, and leave to amend not be permitted. Objections to the Report and Recommendation were due by August 28, 2023. Petitioner has not filed Objections.

After de novo review of the pleadings and the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 8th day of September 2023,

IT IS ORDERED that the Report and Recommendation, ECF No. 27, filed on August 9, 2023, by Magistrate Judge Kelly, is adopted as the Opinion of the Court.

2

IT IS FURTHER ORDERED that Defendants' Motion to Dismiss, ECF No. 18, is GRANTED as to all claims and all parties. The Court finds that leave to amend the Complaint would be futile. The Complaint is hereby dismissed with prejudice.

   s/*Marilyn J. Horan*
Marilyn J. Horan
United States District Judge

cc: Tywan D. Adams, pro se
NT9878
SCI-GREENE
169 PROGRESS DRIVE
WAYNESBURG, PA 15370